**DISMISS and Opinion Filed February 21, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01543-CR

## BONNIE ARMSTEAD, Appellant
V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-57098-T**

### MEMORANDUM OPINION
Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Bridges

Bonnie Armstead pleaded guilty to aggravated assault with a deadly weapon. Pursuant to a plea agreement, the trial court assessed punishment at four years' imprisonment and a $2,500 fine. The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610, 613–15 (Tex. Crim. App. 2005).

The Court now has before it the State's January 10, 2013 motion to dismiss the appeal for want of jurisdiction based on appellant's plea-bargained guilty plea and sentence. Appellant did not respond to the motion. Based on the record before the Court, we conclude we lack jurisdiction over the appeal. *See* TEX. R. APP. P. 25.2(a)(2). We grant the State's motion to dismiss.

We dismiss the appeal for want of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121543F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Bonnie Armstead, Appellant

No. 05-12-01543-CR          V.

The State of Texas, Appellee

On Appeal from the 283rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-57098-T.
Opinion delivered by Justice Bridges,
Justices O'Neill and Murphy participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered February 21, 2013.

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE